ROBERT J. MALLOY, ESQUIRE (RM9222)
ROBERT J. MALLOY, ESQUIRE P.C.
2 North Maple Avenue
Marlton, New Jersey 08053
(856) 596-2225
**ecf@robmalloylaw.com**
Attorneys for Central Jersey Federal Credit Union

**Order Filed on July 7, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

|  |  |  |
|---|---|---|
| IN RE | : | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|  | : |  |
| Silvia E Garced and Miguel Garced | : | CASE NO.:  26-13376-EJO |
|  | : |  |
|  | : | CHAPTER  13 |
|  | : |  |
| Debtor(s). | : | Honorable Eamonn James O'Hagan |

## CONSENT ORDER GRANTING CENTRAL JERSEY FEDERAL CREDIT UNION RELIEF FROM THE AUTOMATIC STAY TO EFFECTUATE SET-OFF

The relief set forth on the following pages is hereby ORDERED.

**DATED: July 7, 2026**

_____
Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

This matter having been brought before the Court by Central Jersey Federal Credit Union (the "Credit Union") by and through its counsel, Robert J. Malloy, Esquire, and by Edward Nathan Vaisman, Esquire, counsel for the Debtor by way of consent for an Order granting the Credit Union relief from the automatic stay so that it may effectuate a set-off to protect its claim, and the Court having considered the matter, and for good cause,

**ORDERED** that Credit Union shall be and hereby is granted relief from the automatic stay so that it may effectuate a setoff of $ 3,040.29 located in the account of the Debtor upon which the Credit Union has placed an administrative hold ("FUNDS"), against the unsecured personal loan claim with a balance of $5,256.56 due at the time of bankruptcy filing,

**FURTHER ORDERED** that the Credit Union shall amend the Proof of Claim upon the exercise of the Set off for the remaining balance of $2,216.27 on the unsecured personal loan.

We hereby consent to the entry of this ORDER:

/s/ Robert J. Malloy, Esquire                          06/29/2026
_____          _____
Robert J. Malloy, Esq.                                        Date
Attorney for Central Jersey Federal Credit Union

/s/ Edward Nathan Vaisman, Esq                    06/29/2026
_____          _____
Edward Nathan Vaisman, Esq.                            Date
Attorney for Debtors