ROBERT J. MALLOY, ESQUIRE (RM9222)
ROBERT J. MALLOY, ESQUIRE P.C.
2 North Maple Avenue
Marlton, New Jersey 08053
(856) 596-2225
ecf@robmalloylaw.com
Attorneys for Central Jersey Federal Credit Union

**Order Filed on July 7, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

|  |  |  |
|---|---|---|
| IN RE | : | UNITED STATES BANKRUPTCY COURT FOR |
|  | : | THE DISTRICT OF NEW JERSEY |
|  | : |  |
| Silvia E Garced and | : | CASE NO.:  26-13376-EJO |
| Miguel Garced | : |  |
|  | : | CHAPTER  13 |
|  | : |  |
| Debtor(s). | : | Honorable Eamonn James O'Hagan |

**CONSENT ORDER GRANTING CENTRAL JERSEY FEDERAL CREDIT UNION
RELIEF FROM THE AUTOMATIC STAY TO EFFECTUATE SET-OFF**

The relief set forth on the following pages is hereby ORDERED.

**DATED: July 7, 2026**

_____
Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

This matter having been brought before the Court by Central Jersey Federal Credit Union (the "Credit Union") by and through its counsel, Robert J. Malloy, Esquire, and by Edward Nathan Vaisman, Esquire, counsel for the Debtor by way of consent for an Order granting the Credit Union relief from the automatic stay so that it may effectuate a set-off to protect its claim, and the Court having considered the matter, and for good cause,

**ORDERED** that Credit Union shall be and hereby is granted relief from the automatic stay so that it may effectuate a setoff of $ 3,040.29 located in the account of the Debtor upon which the Credit Union has placed an administrative hold ("FUNDS"), against the unsecured personal loan claim with a balance of $5,256.56 due at the time of bankruptcy filing,

**FURTHER ORDERED** that the Credit Union shall amend the Proof of Claim upon the exercise of the Set off for the remaining balance of $2,216.27 on the unsecured personal loan.

We hereby consent to the entry of this ORDER:


/s/ Robert J. Malloy, Esquire                               06/29/2026
_____          _____
Robert J. Malloy, Esq.                                            Date
Attorney for Central Jersey Federal Credit Union


/s/ Edward Nathan Vaisman, Esq                         06/29/2026
_____          _____
Edward Nathan Vaisman, Esq.                                Date
Attorney for Debtors

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 26-13376-EJO

Silvia E. Garced                                                                Chapter 13

Miguel Garced
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                      User: admin                                Page 1 of 2

Date Rcvd: Jul 07, 2026                   Form ID: pdf903                        Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                  regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2026:**

**Recip ID              Recipient Name and Address**
db/jdb              +   Silvia E. Garced, Miguel Garced, 23 Clyde Avenue, Perth Amboy, NJ 08861-1518

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2026                        Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2026 at the address(es) listed below:**

**Name                   Email Address**

Albert Russo
                        docs@russotrustee.com

Edward Nathan Vaisman
                        on behalf of Joint Debtor Miguel Garced vaismanlaw@gmail.com  Vaisman.EdwardB128387@notify.bestcase.com

Edward Nathan Vaisman
                        on behalf of Debtor Silvia E. Garced vaismanlaw@gmail.com  Vaisman.EdwardB128387@notify.bestcase.com

Matthew K. Fissel
                        on behalf of Creditor Rocket Mortgage  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Robert J. Malloy
                        on behalf of Creditor CJFCU ecf@robmalloylaw.com

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-3                              User: admin                                    Page 2 of 2

Date Rcvd: Jul 07, 2026                           Form ID: pdf903                                Total Noticed: 1

TOTAL: 6