Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  26−13376−EJO
Chapter:  13
Judge:  Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Silvia E. Garced
23 Clyde Avenue
Perth Amboy, NJ 08861

Miguel Garced
23 Clyde Avenue
Perth Amboy, NJ 08861

Social Security No.:
xxx−xx−1437

xxx−xx−2182

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 15, 2026.

Dated: July 15, 2026
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                              Case No. 26-13376-EJO

Silvia E. Garced                                                    Chapter 13

Miguel Garced

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 6 |
| Date Rcvd: Jul 15, 2026 | Form ID: plncf13 | Total Noticed: 112 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Silvia E. Garced, Miguel Garced, 23 Clyde Avenue, Perth Amboy, NJ 08861-1518 |
| 521051583 | + | ASTERA/SOLARA HEALTH, PO BOX 95000-8392, PHILADELPHIA, PA 19195-0001 |
| 521051601 | + | CJFCU, 34 B MAIN STREET, WOODBRIDGE, NJ 07095-3303 |
| 521051592 | | Capitalone, Capital, 1 Attn Bankruptcy, Salt Lake City, UT 84130-0285 |
| 521051602 | | Cntl Jrsy Cu, 123 Green St, Woodbridge, NJ 07095-3066 |
| 521051603 | | Cntrljersy, 123 Green St, Woodbridge, NJ 07095-3066 |
| 521051632 | + | DIGESTIVE HEALTHCARE CENTER, 411 COURTYARD DRIVE, HILLSBOROUGH , NJ 08844-4254 |
| 521051638 | | Kia Motors Finance, Attn: Bankruptcy, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 521051643 | + | MEDEMERGE MEDICAL ASSOCIATES PA, PO BOX 890, GREENBROOK, NJ 08812-0890 |
| 521051648 | + | RWJBARNABAS, PO BOX 22363, NEW YORK, NY 10087-0001 |
| 521051675 | + | TOWNSHIP OF WOODBRIDGE, PO BOX 949, MATAWAN, NJ 07747-0949 |
| 521051673 | | Td Bank/Raymour & Flanigan, Columbia, SC 29202 |
| 521051679 | | Uplift Inc/Flexpay, 440 N Wolfe Rd, Sunnyvale, CA 94085-3869 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 15 2026 21:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 15 2026 21:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521051581 | | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 15 2026 21:39:24 | Affirm, Inc., Attn: Bankruptcy, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 521091088 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 15 2026 21:39:23 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521051580 | | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 15 2026 21:49:50 | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 521051582 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 15 2026 21:49:46 | Amex/Cbna, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 521051587 | ^ | MEBN | Jul 15 2026 21:33:31 | BCA FINANCIAL SERVICES, INC, 18001 OLD CUTLER ROAD, SUITE 462, MIAMI, FL 33157-6437 |
| 521051584 | | Email/Text: Bankruptcy@ICSystem.com | Jul 15 2026 21:34:00 | Banfield Pet Hospital, PO Box 64378, Saint Paul, MN 55164-0378 |
| 521051586 | | Email/Text: BarclaysBankDelaware@tsico.com | Jul 15 2026 21:34:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 521051585 | | Email/Text: BarclaysBankDelaware@tsico.com | Jul 15 2026 21:34:00 | Barclays Bank Delaware, PO Box 8803, |

District/off: 0312-3 | User: admin | Page 2 of 6
Date Rcvd: Jul 15, 2026 | Form ID: plncf13 | Total Noticed: 112

| | | | |
|---|---|---|---|
| | | | Wilmington, DE 19899-8803 |
| 521051589 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 15 2026 21:39:28 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 521051588 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 15 2026 21:39:28 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 521065045 | + Email/PDF: ebn_ais@aisinfo.com | Jul 15 2026 21:39:33 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 521051591 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 15 2026 21:39:21 | Capitalone, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 521051593 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 15 2026 21:49:46 | Cbusasears, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 521051594 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 15 2026 21:49:55 | Cbusasears, Attn: Bankruptcy Department, PO Box 790046, Saint Louis, MO 63179-0046 |
| 521051595 | Email/Text: collections@cjfcu.org | Jul 15 2026 21:33:00 | Central Jersey Fcu, 123 Green St, Woodbridge, NJ 07095-3066 |
| 521051596 | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 15 2026 21:39:27 | Chase Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 521051597 | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 15 2026 21:39:27 | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 521236192 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 15 2026 21:49:54 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 521051599 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 15 2026 21:49:46 | Citibank/the Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790046, Saint Louis, MO 63179-0046 |
| 521051598 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 15 2026 21:49:54 | Citibank/the Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 521051605 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 15 2026 21:34:00 | Comenity Bank/Anniesez, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 521051604 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 15 2026 21:34:00 | Comenity Bank/Anniesez, PO Box 182789, Columbus, OH 43218-2789 |
| 521051607 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 15 2026 21:34:00 | Comenity Bank/Buckle, Attn: Bankruptcy, PO Box 182273, Columbus, OH 43218-2273 |
| 521051606 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 15 2026 21:34:00 | Comenity Bank/Buckle, PO Box 182789, Columbus, OH 43218-2789 |
| 521051609 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 15 2026 21:34:00 | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182273, Columbus, OH 43218-2273 |
| 521051608 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 15 2026 21:34:00 | Comenity Bank/Express, PO Box 182789, Columbus, OH 43218-2789 |
| 521051611 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 15 2026 21:34:00 | Comenity Bank/Justice, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 521051610 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 15 2026 21:34:00 | Comenity Bank/Justice, PO Box 182789, Columbus, OH 43218-2789 |
| 521051613 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 15 2026 21:34:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 521051612 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 15 2026 21:34:00 | Comenity Bank/Pier 1, PO Box 182789, Columbus, OH 43218-2789 |
| 521051615 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 15 2026 21:34:00 | Comenity Capital/Sephora, Attn: Bankruptcy, PO Box 183003, Columbus, OH 43218-3003 |
| 521051614 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 15 2026 21:34:00 | Comenity Capital/Sephora, PO Box 182120, Columbus, OH 43218-2120 |

| District/off: 0312-3 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Jul 15, 2026 | Form ID: plncf13 | Total Noticed: 112 |

| | | | |
|---|---|---|---|
| 521051617 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 15 2026 21:34:00 | Comenity/Big Lots, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 521051616 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 15 2026 21:34:00 | Comenity/Big Lots, PO Box 182120, Columbus, OH 43218-2120 |
| 521051618 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 15 2026 21:34:00 | Comenity/Carter, PO Box 182120, Columbus, OH 43218-2120 |
| 521051619 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 15 2026 21:34:00 | Comenity/Carter, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 521051621 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 15 2026 21:34:00 | Comenity/MPRC, Attn: Bankrutpcy, PO Box 182125, Columbus, OH 43218-2125 |
| 521051620 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 15 2026 21:34:00 | Comenity/MPRC, PO Box 182120, Columbus, OH 43218-2120 |
| 521051623 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 15 2026 21:34:00 | Comenity/Ulta, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 521051622 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 15 2026 21:34:00 | Comenity/Ulta, PO Box 182120, Columbus, OH 43218-2120 |
| 521051625 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 15 2026 21:34:00 | Comenitybank/New York, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 521051624 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 15 2026 21:34:00 | Comenitybank/New York, PO Box 182789, Columbus, OH 43218-2789 |
| 521051627 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 15 2026 21:34:00 | Comenitybank/trwrdsv, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 521051626 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 15 2026 21:34:00 | Comenitybank/trwrdsv, PO Box 182789, Columbus, OH 43218-2789 |
| 521051628 | Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 15 2026 21:35:00 | Concora Credit, PO Box 4499, Beaverton, OR 97076-4499 |
| 521051629 | Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 15 2026 21:35:00 | Concora Credit, Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 521051631 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 15 2026 21:49:46 | Costco Citi Card, Attn: Bankruptcy, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 521051630 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 15 2026 21:49:46 | Costco Citi Card, PO Box 6190, Sioux Falls, SD 57117-6190 |
| 521051642 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 15 2026 21:49:46 | Macy's/ DSNB, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 521051633 | Email/Text: mrdiscen@discover.com | Jul 15 2026 21:33:00 | Discovercard, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 521051634 | + Email/Text: ETGremittance@sjindustries.com | Jul 15 2026 21:33:00 | ELIZABETH GAS, PO BOX 6031, BELLMAWR, NJ 08099-6031 |
| 521051635 | Email/Text: Bankruptcy@ICSystem.com | Jul 15 2026 21:34:00 | I.C. System, Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 521051636 | Email/Text: Bankruptcy@ICSystem.com | Jul 15 2026 21:34:00 | Ic Systems, Inc, Attn: Bankruptcy, 444 Highway 96 E, Saint Paul, MN 55127-2557 |
| 521084441 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 15 2026 21:34:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 521051637 | ^ MEBN | Jul 15 2026 21:33:22 | Kia Motors Finance, 10550 Talbert Ave, Fountain Valley, CA 92708-6031 |
| 521234716 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 15 2026 21:39:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521051639 | + Email/Text: Documentfiling@lciinc.com | Jul 15 2026 21:33:00 | Lending Club, 595 Market St, San Francisco, CA |

District/off: 0312-3 | User: admin | Page 4 of 6
Date Rcvd: Jul 15, 2026 | Form ID: plncf13 | Total Noticed: 112

| | | | |
|---|---|---|---|
| | | | 94105-5839 |
| 521051640 | + Email/Text: Documentfiling@lciinc.com | | |
| | | Jul 15 2026 21:33:00 | Lending Club, Attn: Bankruptcy, 595 Market St Ste 200, San Francisco, CA 94105-5839 |
| 521051641 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jul 15 2026 21:49:51 | Macy's/ DSNB, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 521236140 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jul 15 2026 21:39:22 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 521051644 | ^ MEBN | | |
| | | Jul 15 2026 21:33:09 | PSE&G, PO BOX 14444, NEW BRUSWICK , NJ 08906-4444 |
| 521051645 | + Email/Text: BankruptcyMail@questdiagnostics.com | | |
| | | Jul 15 2026 21:35:00 | QUEST DIAGNOSTICS, PO BOX 740985, CINCINNATI, OH 45274-0985 |
| 521229571 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Jul 15 2026 21:35:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 521051649 | ^ MEBN | | |
| | | Jul 15 2026 21:34:22 | RWJBARNABAS HEALTH, PO BOX 22363, NEW YORY, NY 10087-0001 |
| 521051647 | Email/Text: bankruptcyteam@rocketmortgage.com | | |
| | | Jul 15 2026 21:35:00 | Rocket Mortgage, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 521051646 | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Jul 15 2026 21:34:00 | Rocket Mortgage, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 521241587 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Jul 15 2026 21:34:00 | Rocket Mortgage, LLC, c/o Rocket Mortgage, LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 521051650 | ^ MEBN | | |
| | | Jul 15 2026 21:32:55 | Syncb/Old Navy, PO Box 8803, Wilmington, DE 19899-8803 |
| 521051651 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 15 2026 21:39:20 | Syncb/Old Navy, Attn: Bankruptcy, PO Box 96506, Orlando, FL 32896-5065 |
| 521051652 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 15 2026 21:39:27 | Syncb/Syms, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 521051653 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 15 2026 21:39:21 | Syncb/Syms, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 521051654 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 15 2026 21:38:51 | Synchrony Bank, PO Box 71727, Philadelphia, PA 19176-1727 |
| 521051655 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 15 2026 21:39:20 | Synchrony Bank, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 521051657 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 15 2026 21:39:27 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 521051656 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 15 2026 21:39:28 | Synchrony Bank/Amazon, PO Box 71737, Philadelphia, PA 19176-1737 |
| 521051659 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 15 2026 21:38:55 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965065, Orlando, FL 32896-5065 |
| 521051658 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 15 2026 21:39:27 | Synchrony Bank/Care Credit, PO Box 71727, Philadelphia, PA 19176-1727 |
| 521051660 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 15 2026 21:38:52 | Synchrony Bank/Jcpenney, PO Box 71729, Philadelphia, PA 19176-1729 |
| 521051661 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 15 2026 21:38:51 | Synchrony Bank/Jcpenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 521051663 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 15 2026 21:39:27 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 521051662 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 15 2026 21:38:52 | Synchrony Bank/Lowes, PO Box 71727, Philadelphia, PA 19176-1727 |

District/off: 0312-3     User: admin     Page 5 of 6

Date Rcvd: Jul 15, 2026     Form ID: plncf13     Total Noticed: 112

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 521051665 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 15 2026 21:39:18 | Synchrony Bank/Pc Richard, Attn: Bankruptcy Dept, PO Box 965065, Orlando, FL 32896-5065 |
| 521051664 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 15 2026 21:38:52 | Synchrony Bank/Pc Richard, PO Box 71757, Philadelphia, PA 19176-1757 |
| 521051666 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 15 2026 21:38:52 | Synchrony Bank/Pc Richards & Sons, PO Box 71757, Philadelphia, PA 19176-1757 |
| 521051667 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 15 2026 21:39:26 | Synchrony Bank/Pc Richards & Sons, Attn: Bankruptcy Department, PO Box 965065, Orlando, FL 32896-5065 |
| 521051670 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 15 2026 21:39:27 | Synchrony Bank/Tjx, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 521051668 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 15 2026 21:39:20 | Synchrony Bank/Tjx, PO Box 71737, Philadelphia, PA 19176-1737 |
| 521051669 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 15 2026 21:39:20 | Synchrony Bank/Tjx, Attn: Bankruptcy Dept, PO Box 965065, Orlando, FL 32896-5065 |
| 521051671 | | Email/Text: bncmail@w-legal.com | Jul 15 2026 21:34:00 | Target Nb, PO Box 673, Minneapolis, MN 55440-0673 |
| 521051672 | | Email/Text: bncmail@w-legal.com | Jul 15 2026 21:34:00 | Target Nb, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 521051674 | | Email/Text: bankruptcy@td.com | Jul 15 2026 21:35:00 | Td Bank/Raymour & Flanigan, Attn: Bankruptcy, 1701 Marlton Pike E, Cherry Hill, NJ 08003-2390 |
| 521051676 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 15 2026 21:34:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 22171, Tempe, AZ 85285-2171 |
| 521051680 | | Email/Text: bknotice@upgrade.com | Jul 15 2026 21:33:00 | Uplift Inc/Flexpay, Attn: Bankruptcy, 275 Battery St Ste 2300, San Francisco, CA 94111-3366 |
| 521051682 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jul 15 2026 21:39:21 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, PO Box 10438, Des Moines, IA 50306-0438 |
| 521051681 | | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Jul 15 2026 21:39:29 | Wells Fargo Jewelry Advantage, PO Box 393, Minneapolis, MN 55480-0393 |
| 521051683 | | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Jul 15 2026 21:39:23 | Wells Fargo/Bob's Discount Furniture, PO Box 393, Minneapolis, MN 55480-0393 |
| 521051684 | | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Jul 15 2026 21:39:29 | Wells Fargo/Bob's Discount Furniture, Wells Fargo Bank, N.A., Attn: Bankrtuptc, PO Box 522, Des Moines, IA 50306-0522 |

TOTAL: 99

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521051600 | | CJFCU |
| 521051677 | | Unknown Plaintiff |
| 521051678 | | Unknown Plaintiff |
| cr | *+ | CJFCU, 34 B Main Street, Woodbridge, NJ 07095-3303 |
| 521051590 | * | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Edward Nathan Vaisman | on behalf of Debtor Silvia E. Garced vaismanlaw@gmail.com  Vaisman.EdwardB128387@notify.bestcase.com |
| Edward Nathan Vaisman | on behalf of Joint Debtor Miguel Garced vaismanlaw@gmail.com  Vaisman.EdwardB128387@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor Rocket Mortgage  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Robert J. Malloy | on behalf of Creditor CJFCU ecf@robmalloylaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6