### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY
### TRENTON DIVISION

IN RE:

Silvia E. Garced
Miguel Garced

Debtor(s).

Case No. 26-13376-EJO
Chapter 13

## NOTICE OF APPEARANCE

**Rocket Mortgage, LLC**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Ste. 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:    /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire
Bar No: 009221995
Stern & Eisenberg, PC
1581 Main Street, Ste. 200
The Shops at Valley Square
Warrington, PA 18976
Phone: 215-572-8111
Fax: 215-572-5025
seisenberg@sterneisenberg.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 22nd day of July, 2026, to the following:

Edward Nathan Vaisman
Vaisman Law Office
33 Wood Avenue South
Suite 600
Iselin, NJ 08830
defensecounsel@optonline.net
*Attorney for Debtor(s)*

Albert Russo
CN 4853
Trenton, NJ 08650-4853
docs@russotrustee.com
**Chapter 13 Trustee**

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102
USTPRegion03.NE.ECF@usdoj.gov
***U.S. Trustee***

and by standard first class mail postage prepaid to:

Silvia E. Garced
23 Clyde Avenue
Perth Amboy, NJ 08861

Miguel Garced
23 Clyde Avenue
Perth Amboy, NJ 08861
***Debtor(s)***

By:     /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire