UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Edward N. Vaisman, Esq. 0015372003
VAISMAN LAW OFFICES
33 Wood Avenue South, Suite 600
Iselin, NJ 08830
(732) 925-6090
vaismanlaw@gmail.com
Attorney for the Debtors

In Re:

Silvia E. Garced and Miguel Garced

Case No.: 26-13376

Judge: O'Hagan

Chapter: 13

**CHAPTER 13 DEBTOR=S CERTIFICATION IN OPPOSITION**

The debtor in this case opposes the following **(choose one)**:

1. x Motion for Relief from the Automatic Stay filed by Rocket Mortgage , creditor,

   A hearing has been scheduled for September 2, 2026, at 9:00 A.M..

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for ____________________________, at ___________.

   ☐ Certification of Default filed by _______________________________,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ ___________________, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

x Other **(explain your answer)**:

Debtor was diagnosed with Cancer and then became unemployed. Unfortunately, a couple of monthly mortgage payments were missed due to the severe sudden shock of unemployment. The mortgage payments are now current and the arrears owed to the mortgage company will be paid to them by the chapter 13 trustee within this bankruptcy.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 8/20/2026 /s/Silvia E. Garced
Debtor=s Signature

Date: 8/20/2026 /s/Miguel Garced
Debtor=s Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee=s Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*