UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

STERN & EISENBERG, PC
1120 Rt. 73, Suite 400
Mt. Laurel, New Jersey 08054
Telephone: (609) 397-9200
Facsimile: (856) 667-1456
Attorneys for: Rocket Mortgage, LLC

**Order Filed on October 28, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Silvia E. Garced
Miguel Garced
Debtor

Case Number: 26-13376-EJO

Judge: Eamonn J O`Hagan

Hearing Date(s):

Chapter: 13

| | | |
|---|---|---|
| Recommended Local Form | ☐ Followed | ☑ Modified |

**ORDER RESOLVING MOTION TO VACATE STAY
AND/OR MOTION TO DISMISS
WITH CONDITIONS**

The relief set forth on the following pages numbered two (2) through four (4) is hereby **ORDERED**.

**DATED: October 28, 2026**

Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

| | |
|---|---|
| Applicant: | Rocket Mortgage, LLC |
| Applicant's Counsel: | Matteo Weiner |
| Debtor's Counsel: | Edward Nathan Vaisman |
| Property Involved ("Collateral"): | 23 Clyde Ave, Hopelawn, NJ 08861 |

Relief sought:

☑ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

☑ The Debtor is overdue for 3 months, from 08/01/2026 to 10/01/2026.

☑ The Debtor is overdue for 3 payments at $2,232.22 per month.

☐ The Debtor is assessed for ___ late charges at $__________ per month.

☑ Applicant acknowledges receipt of funds in the amount of $91.26 received after the motion was filed.

Total Arrearages Due $6,605.40.

2. Debtor must cure all post-petition arrearages, as follows:

☐ Immediate payment shall be made in the amount of $__________ received. Payment shall be

made no later than __________.

☑ Beginning on November 1, 2026, regular monthly mortgage payments shall continue to be made in the amount of $2,232.22 or as adjusted by any timely filed Notice of Mortgage Payment Change in accordance with Fed. R. Bankr. P. 3002.1(b).

☑ Beginning on November 1, 2026, additional monthly cure payments shall be made in the amount of $1,100.90 for six months.

☐ The amount of $__________ shall be capitalized in the debtor's Chapter 13 plan. The debtor's monthly payment to the Chapter 13 Trustee is modified to be $__________ per month.

3. Payments to the Secured Creditor shall be made to the following address(es):

| | |
|---|---|
| ☐ Immediate payment: | ______________________________<br>______________________________<br>______________________________ |
| ☑ Regular monthly payment: | c/o Nationstar Mortgage LLC<br>Attn: Bankruptcy Dept<br>PO Box 619094<br>Dallas, TX 75261-9741 |
| ☑ Monthly cure payment: | c/o Nationstar Mortgage LLC<br>Attn: Bankruptcy Dept<br>PO Box 619094<br>Dallas, TX 75261-9741 |

4. In the event of Default:

☑ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor,

and the Debtor's attorney.

☑ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. Award of Attorneys' Fees:

☑ The Applicant is awarded attorneys fees of $750.00, and costs of $199.00.

The fees and costs are payable:

☑ through the Chapter 13 plan.

☐ to the Secured Creditor within _____ days.

☐ Attorneys' fees are not awarded.

/s/ Edward Nathan Vaisman

Edward Nathan Vaisman, Esquire
Counsel for Debtor

/s/ Matteo Weiner

Matteo Weiner, Esquire
STERN & EISENBERG, PC
Attorney for Movant

*Rev.8/1/15*